# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 28, 2021

#1473063
Mr. Tracey Harris Coomer
CID Smith Prison
1313 County Road 19
Lamesa, TX 79331-1898

    No. 21-10182   Coomer v. Roth
                         USDC No. 2:18-CV-121

Dear Mr. Coomer,

We have filed your Petition for Rehearing and/or Rehearing En Banc. However, it has the following deficiency. Unless the deficiency is corrected within 20 days from this date, we will forward the document to the court to be stricken.

Petition for Rehearing En Banc must not be incorporated in the Petition for Panel Rehearing, see **5TH CIR. R.** 35.2.

Therefore, **you must take one of the following actions:**

1. Send letter advising to disregard your request for Petition for Rehearing En Banc, or

2. If it is your intention to also file a Petition for Rehearing En Banc, you will need to comply with **5TH CIR. R.** 35.2.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          *Claudia N. Farrington*
                          By: _____
                          Claudia N. Farrington, Deputy Clerk
                          504-310-7706